RECEIVED

MAY 21 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STANLEY THOMAS<br>OCC #1578283<br>VS. | CIVIL ACTION NO. 3:12-cv-0687<br>SECTION P<br>JUDGE JAMES T. TRIMBLE, JR. |
| OUACHITA CORRECTIONAL<br>CENTER, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, malicious, and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 21st day of May, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE